

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00749-CR

Modesto Celestino **GRANGER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2094
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 20, 2019.

_____
Beth Watkins, Justice